# IN THE SUPREME COURT OF THE STATE OF NEVADA

RANDY MERWIN STONE,
                    Appellant,
         vs.
THE STATE OF NEVADA,
                    Respondent.

No. 83808

FILED

DEC 13 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Crystal Eller, Judge.

Appellant filed a notice of appeal on November 16, 2021. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). To the extent that appellant's appeal is in regard to the "order denying defendant's additional ground (1) excess of or lack of jurisdiction" entered on September 30, 2021, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.        _____, J.
Pickering                            Herndon

_____

[1]The motion to consolidate this appeal with the appeal in Docket No. 83222 is denied as moot.

21-35378

cc: Hon. Crystal Eller, District Judge
Randy Merwin Stone
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A